IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PROPEP SURGICAL, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:15-cv-00356-SS |
| § | |
| MEDTRONIC XOMED, INC., § | |
| § | |
| Defendant. § | |

**DEFENDANT MEDTRONIC XOMED, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Defendant Medtronic Xomed, Inc., in accord with Rule 7.1 of the Rules of Civil Procedure and based on current information, identifies the below:

1. <u>Any Parent Corporation</u>: Medtronic plc is the parent company for Medtronic Xomed, Inc.

2. <u>Any Publicly Held Corporation Owning 10% or More of Its Stock</u>: Medtronic plc is publicly held.

Respectfully submitted,

*/s/ William G. Childs*
William G. Childs
Texas State Bar No. 24086361
bill.childs@bowmanandbrooke.com
Susan E. Burnett
Texas State Bar No. 20648050
susan.burnett@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive, Ste. 500
Austin, Texas  78746
512.874.3800
512.874.3801 (Facsimile)

        Kurt J. Niederluecke
        (*pro hac* to be filed)
        kniederluecke@fredlaw.com
        Laura L. Myers
        (*pro hac* to be filed)
        lmyers@fredlaw.com
        **FREDRIKSON & BYRON, P.A.**
        200 South Sixth Street
        Suite 4000
        Minneapolis, Minnesota 55402
        612.492.7328

        **COUNSEL FOR DEFENDANT**
        **MEDTRONIC XOMED, INC.**

## CERTIFICATE OF SERVICE

    This is to certify that on the 5th day of May, 2015, a true and correct copy of the above and foregoing was electronically filed using the CM/ECF system, which will send notification of this filing to the below counsel of record:

Anthony L. Vitullo
Meredith C. Allen
FEE, SMITH, SHARP & VITULLO, LLP
13155 Noel Road, Suite 100
Dallas, Texas 75240

John L. Malesovas
THE MALESOVAS LAW FIRM
815 Congress Avenue, Suite 1265
Austin, Texas 78701
*Counsel for Plaintiff*

        */s/ William G. Childs*