IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PROPEP, L.L.C., d/b/a<br>PROPEP SURGICAL, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC XOMED, INC.,<br><br>Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 1:15-CV-356-SS |

## JOINT STIPULATION REGARDING PATENT CLAIM CONSTRUCTION

Plaintiff ProPep, L.L.C., d/b/a ProPep Surgical, L.L.C. ("ProPep") has sued Medtronic Xomed, Inc. ("Medtronic"). Its claims are denominated as breach of contract, breach of the implied covenant of good faith and fair dealing, conversion, and trade secret misappropriation and unfair competition. ProPep does not bring any claims for patent infringement.

The evidence in the case will involve various patents and patent applications, including ProPep's application 11/745,505, which issued as patent 8,083,685 B2, ProPep's application 13/107,855, which is pending, and Medtronic's application 12/771,713, which is pending. However, the case does not involve any claims of patent infringement, nor any other claims that will require claim construction under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), and its progeny. Instead, the patent applications and patents will be relevant, if at all, in connection with the content of their specifications.

The parties therefore agree and hereby stipulate that none of plaintiff's claims will require the construction of the claims in any of the patents or patent applications mentioned above. No party will request a *Markman* hearing or seek the court's construction of the claims of any patent.

Respectfully submitted,

*/s/ William Gordon Childs*
William Gordon Childs
Texas State Bar No. 24086361
bill.childs@bowmanandbrooke.com
Susan E. Burnett
Texas State Bar No. 20648050
susan.burnett@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2901 Via Fortuna Drive, Ste. 500
Austin, Texas 78746
512.874.3800
512.874.3801 (Facsimile)

Kurt J. Niederluecke (admitted *pro hac vice*)
kniederluecke@fredlaw.com
Laura L. Myers (admitted *pro hac vice*)
lmyers@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402
612.492.7000

**COUNSEL FOR DEFENDANT MEDTRONIC XOMED, INC.**

*/s/ Meredith C. Allen*
Anthony L. Vitullo
Texas Bar No. 20595500
avitullo@feesmith.com
Meredith C. Allen
Texas Bar No. 24007009
mallen@feesmith.com
**FEE, SMITH, SHARP & VITULLO, LLP**
Three Galleria Tower

13155 Noel Road, Suite 1000
Dallas, TX 75240
972-934-9100
972-934-9200 [Facsimile]

John L. Malesovas
Texas Bar No. 12857300
**THE MALESOVAS LAW FIRM**
John L. Malesovas
Texas Bar No. 12857300
1801 South Mopac Expwy, Suite 320
Austin, TX 78746
512-708-1777
512-708-1779 [Facsimile]512-708-1777
512-708-1779 [Facsimile]

**COUNSEL FOR PLAINTIFF PROPEP, L.L.C.,
d/b/a PROPEP SURGICAL, L.L.C.**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of July, 2015, a true and correct copy of the above and foregoing was electronically filed using the CM/ECF system, which will send notification of this filing to the below counsel of record:

Anthony L. Vitullo
Meredith C. Allen
FEE, SMITH, SHARP & VITULLO, LLP
13155 Noel Road, Suite 100
Dallas, Texas 75240

John L. Malesovas
THE MALESOVAS LAW FIRM
1801 South Mopac Expressway, Suite 320
Austin, Texas 78746

**Counsel for Plaintiff**

/s/ William Gordon Childs